UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-cr-49-H-1

UNITED STATES OF AMERICA

vs.

JAMES LEROY EVERETTE

ORDER TO SEAL SUBMISSION
OF DOCUMENTS

---

Upon motion of defendant and for good cause shown, it is hereby ORDERED that the following documents be sealed: those certain documents filed as DE # 60.

So ORDERED this the 1st day of May 2018.

MALCOLM HOWARD
SENIOR U.S. DISTRICT JUDGE